[No. 73701-5-I.  Division One.  March 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW BARTHOLOMEW FAST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-00795-1, Timothy A. Bradshaw, J., entered June 26, 2015. *Reversed* by unpublished opinion per Trickey, A.C.J., concurred in by Dwyer and Spearman, JJ.

[No. 74208-6-I.  Division One.  March 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LLEWELLYN DANIELS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 15-1-00492-1, Dave Needy, J., entered October 22, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Mann, JJ.

[No. 74246-9-I.  Division One.  March 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVE THOMAS YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-03998-5, Timothy A. Bradshaw, J., entered November 13, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Cox, JJ.

[No. 74256-6-I.  Division One.  March 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. KEBEDE ABAWAJI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-02200-4, John H. Chun, J., entered November 6, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Leach, J.